**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cv-02207-PAB-STV

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

CREATIVE INVESTMENTS LIMITED
LIABILITY COMPANY D/B/A FAIRWAYS
CENTER and SANPIN FOOD 6 INC D/B/A
HONG KONG CAFÉ RESTAURANT,

    Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

    Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendants, CREATIVE INVESTMENTS LIMITED LIABILITY COMPANY D/B/A FAIRWAYS CENTER and SANPIN FOOD 6 INC D/B/A HONG KONG CAFÉ RESTAURANT, ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 10, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Amanda H. Halstead* |
| ANTHONY J. PEREZ, ESQ. | AMANDA H. HALSTED |
| GARCIA-MENOCAL & PEREZ, P.L. | MILLS HALSTEAD & ZALOUDEK, LLC. |
| 1600 Broadway | 600 Seventeenth Street, Suite 2800 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Telephone: (305) 553-3464 | Telephone: (303)226-5861 |
| Email: ajperez@lawgmp.com | Email: ahh@mhzlegal.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 10, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
         ANTHONY J. PEREZ